UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on May 11, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Joseph M. Cintron, Tracy B. Cintron | Case No.: 17-10647<br><br>Adv. No.: <br><br>Judge: JNP<br><br>Chapter: 13 |

# ORDER TRANSFERRING CASE(S)
# TO ANOTHER JUDGE WITHIN THE DISTRICT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 11, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having noted that transfer to another judge within the District of New Jersey is appropriate, it is

☒    ORDERED that this case, and the related cases outlined below, shall be transferred to the Honorable ____Christine M. Gravelle____ by the clerk:

_____    _____    _____    _____
_____    _____    _____    _____
_____    _____    _____    _____

and it is further

☐    ORDERED that all related adversary proceedings as set forth below shall be transferred to the Honorable _____ by the clerk:

_____    _____    _____    _____
_____    _____    _____    _____
_____    _____    _____    _____
_____    _____    _____    _____

*Rev.6/1/06; jml*