UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on May 11, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph M. Cintron, Tracy B. Cintron

| | |
|---|---|
| Case No.: | 17-10647 |
| Adv. No.: | |
| Judge: | JNP |
| Chapter: | 13 |

# ORDER TRANSFERRING CASE(S)
# TO ANOTHER JUDGE WITHIN THE DISTRICT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 11, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having noted that transfer to another judge within the District of New Jersey is appropriate, it is

☒    ORDERED that this case, and the related cases outlined below, shall be transferred to the Honorable ___Christine M. Gravelle___ by the clerk:

_____    _____    _____    _____
_____    _____    _____    _____
_____    _____    _____    _____

and it is further

☐    ORDERED that all related adversary proceedings as set forth below shall be transferred to the Honorable _____ by the clerk:

_____    _____    _____    _____
_____    _____    _____    _____
_____    _____    _____    _____
_____    _____    _____    _____

*Rev.6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph M. Cintron  
Tracy B. Cintron  
     Debtors

Case No. 17-10647-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 11, 2017  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2017.  
db/jdb      +Joseph M. Cintron,   Tracy B. Cintron,   5531 Wayne Avenue,   Pennsauken, NJ 08110-1848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2017 at the address(es) listed below:  
        Denise E. Carlon   on behalf of Creditor   RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Jenifer G. Fowler   on behalf of Creditor   Community Powered Federal Credit Union jgf@eisnerfowler.com  
        Joseph J. Rogers   on behalf of Debtor Joseph M. Cintron jjresq@comcast.net, jjresq1@comcast.net  
        Joseph J. Rogers   on behalf of Joint Debtor Tracy B. Cintron jjresq@comcast.net, jjresq1@comcast.net  
        U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                      TOTAL: 6