| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Joseph J. Rogers, Esquire (JJR 1185)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012<br>(856) 228-7964; Fax (856) 228-7965 | Order Filed on July 31, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Joseph M. Cintron and Tracy B. Cintron | Case No.:     17-10647 CMG<br><br>Chapter:     13<br><br>Judge:     Christine M. Gravelle |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 31, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esquire_____, the applicant, is allowed a fee of $ _____600_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____600_____ . The allowance shall be payable:

- ☒ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____****_____ per month for _____****_____ months to allow for payment of the aforesaid fee.
[****The attorney fees were included in the modified plan figures.****]

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph M. Cintron  
Tracy B. Cintron  
    Debtors

Case No. 17-10647-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 31, 2017  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2017.  
db/jdb        +Joseph M. Cintron,    Tracy B. Cintron,    5531 Wayne Avenue,    Pennsauken, NJ 08110-1848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2017 at the address(es) listed below:  
          Albert    Russo    docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation  
            dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
            summarymail@standingtrustee.com  
          Jenifer G. Fowler    on behalf of Creditor    Community Powered Federal Credit Union  
            jgf@eisnerfowler.com  
          Joseph J. Rogers    on behalf of Debtor Joseph M. Cintron jjresq@comcast.net,    jjresq1@comcast.net  
          Joseph J. Rogers    on behalf of Joint Debtor Tracy B. Cintron jjresq@comcast.net,  
            jjresq1@comcast.net  
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                         TOTAL: 7