Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−10647−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph M. Cintron | Tracy B. Cintron |
| 5531 Wayne Avenue | 5531 Wayne Avenue |
| Pennsauken, NJ 08110 | Pennsauken, NJ 08110 |

Social Security No.:
   xxx−xx−6602                                           xxx−xx−2360

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:          10/4/17
Time:          10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 31, 2017
JAN: mmf

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court