Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–10647–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph M. Cintron<br>5531 Wayne Avenue<br>Pennsauken, NJ 08110 | Tracy B. Cintron<br>5531 Wayne Avenue<br>Pennsauken, NJ 08110 |

Social Security No.:
  xxx–xx–6602                                                           xxx–xx–2360

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          10/4/17
Time:          10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 31, 2017
JAN: mmf

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                         Case No. 17-10647-CMG
Joseph M. Cintron                                              Chapter 13
Tracy B. Cintron
        Debtors
                             CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Aug 31, 2017
                              Form ID: 132             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db/jdb         +Joseph M. Cintron,    Tracy B. Cintron,    5531 Wayne Avenue,    Pennsauken, NJ 08110-1848
516589471      +Advocare Ped Physicians Of Bur,    204 Ark Road Suite 209,    Mount Laurel, NJ 08054-3100
516589472      +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
516589489      +Camden County MUA,    Regional Sewer Service,    1645 Ferry Avenue,    Camden, NJ 08104-1311
516589473      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516709635       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516589474      +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516589475      +Citibank/Goodyear,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516589476      +Comenitycapital/boscov,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
516589477      +Community Powered Fcu,    5531 Wayne Avenue,    Pennsauken, NJ 08110-1848
516821680      +Community Powered Federal Credit Union,    Attn WJ Winterstein Jr., Esq.,    PO Box 1006,
                 Royersford, PA 19468-8072
516816404      +Community Powered Federal Credit Union,    1758 Pulaski Highway,    Bear, DE 19701-1712
516589479       Financial Recoveries,    PO Box 1388,    Mt Laurel, NJ 08054-7388
516589480      +IC Systems, Inc,    444 Highway 96 East,    Po Box 64378,    St Paul, MN 55164-0378
516589484      +KML Law Group PC,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
516589483      +Kennedy Health,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2020
516589486      +Law Office of W.J. Winterstein Jr.,    PO Box 1006,    Royersford, PA 19468-8072
516589487      +Moorestown Dermatology,    110 Marter Avenue, Suite 102,    Moorestown, NJ 08057-3124
516589488      +Pennsauken Tax Office,    5605 N. Crescent Boulevard,    Pennsauken, NJ 08110-1834
516628308       Regional Sewer Service,    PO Box 1105,    Bellmawr, NJ  08099-5105
516589490      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516816390      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd, Suite 200,
                 Charlotte, NC 28217-1930
516589491      +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
516710175      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
516589492       South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
516589493       State Of New Jersey,    CN-190,    Division Of Taxation,    Trenton, NJ 08650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 31 2017 23:22:28     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 31 2017 23:22:26     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516598538       E-mail/Text: mrdiscen@discover.com Aug 31 2017 23:21:46     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516589478      +E-mail/Text: mrdiscen@discover.com Aug 31 2017 23:21:46     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516589482       E-mail/Text: cio.bncmail@irs.gov Aug 31 2017 23:22:03     IRS,    P.O. Box 21126,
                 Centralized Insolvency-Operations,    Philadelphia, PA 19114
516589485      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 31 2017 23:21:53     Kohls/Capital One,
                 Po Box 3120,    Milwaukee, WI 53201-3120
516819635       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2017 23:24:05
                 Portfolio Recovery Associates, LLC,    c/o Direct Merchants Bank,    POB 41067,
                 Norfolk VA 23541
516819749       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2017 23:42:08
                 Portfolio Recovery Associates, LLC,    c/o Goodyear,    POB 41067,    Norfolk VA 23541
516819667       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2017 23:24:05
                 Portfolio Recovery Associates, LLC,    c/o Household Bank,    POB 41067,    Norfolk VA 23541
516819663       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2017 23:24:05
                 Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    POB 41067,    Norfolk VA 23541
516687319       E-mail/Text: bnc-quantum@quantum3group.com Aug 31 2017 23:22:19
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
516657550      +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2017 23:23:56     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516589481*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    955 South Springfield Avenue,
                 Bankruptcy Department,    Springfield, NJ 08071)
516631625*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 31, 2017
                              Form ID: 132             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:

```
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jenifer G. Fowler    on behalf of Creditor    Community Powered Federal Credit Union
           jgf@eisnerfowler.com
          Joseph J. Rogers    on behalf of Debtor Joseph M. Cintron jjresq@comcast.net, jjresq1@comcast.net
          Joseph J. Rogers    on behalf of Joint Debtor Tracy B. Cintron jjresq@comcast.net,
           jjresq1@comcast.net
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 7
```