

```
:UNITED STATES BANKRUPTCY COURT
:DISTRICT OF NEW JERSEY
:
: Jenifer G. Fowler, Esquire           : Case No. 17-10647
: Eisner and Fowler                    : Chapter: 13
: 76 E. Euclid Avenue, Suite 101       :
: Haddonfield, NJ 08033                : Judge: Christine M. Gravelle
: (856) 354-0300                       :
:
: In re:
:      Joseph M. Cintron & Tracy B. Cintron
:
```

**Order Filed on September 29, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

## CONSENT ORDER

DEBTOR'S MODIFIED PLAN TO INCLUDE FUNDS HELD BY TRUSTEE UPON DISMISSAL FOR ANY REASON, TO BE PAID TO COMMUNITY POWERED FEDERAL CREDIT UNION AFTER ADMINISTRATIVE CLAIMS ARE PAID.

The relief set forth on the following pages, numbered one (1) through two (2) is hereby **ORDERED**.

DATED:

_____

**DATED: September 29, 2017**

*Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

CONSENT ORDER
Joseph M. Cintron
Case No. 17-10647
(page 2)

**WHEREAS**, debtor's modified Chapter 13 Plan dated August 25, 2017 shows an arrearage to first mortgage holder, Community Powered Federal Credit Union in the amount of $4,780.00.

**IT IS HEREBY ORDERED**: After confirmation of Debtor's Plan, should debtor's bankruptcy be dismissed for any reason any funds held by the Trustee from Debtor after Administrative Claims are paid shall be paid to creditor, Community Powered Federal Credit Union, to be applied to mortgage arrears, if any.

_____    9-21-2017
Joseph Rogers, Esquire              Date
Debtors Counsel


_____    9/22/17
Jenifer G. Fowler, Esquire          Date
Attorney for Community Powered
Federal Credit Union