```
:UNITED STATES BANKRUPTCY COURT           :
:DISTRICT OF NEW JERSEY                   :
:                                         :
: Jenifer G. Fowler, Esquire              : Case No. 17-10647
: Eisner and Fowler                       : Chapter: 13
: 76 E. Euclid Avenue, Suite 101          :
: Haddonfield, NJ 08033                   : Judge: Christine M. Gravelle
: (856) 354-0300                          :
:                                         :
: In re:                                  :
:       Joseph M. Cintron & Tracy B. Cintron :
:                                         :
```

Order Filed on September 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER

DEBTOR'S MODIFIED PLAN TO INCLUDE FUNDS HELD BY TRUSTEE UPON DISMISSAL FOR ANY REASON, TO BE PAID TO COMMUNITY POWERED FEDERAL CREDIT UNION AFTER ADMINISTRATIVE CLAIMS ARE PAID.

The relief set forth on the following pages, numbered one (1) through two (2) is hereby **ORDERED**.

DATED:

**DATED: September 29, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

CONSENT ORDER
Joseph M. Cintron
Case No. 17-10647
(page 2)

**WHEREAS**, debtor's modified Chapter 13 Plan dated August 25, 2017 shows an arrearage to first mortgage holder, Community Powered Federal Credit Union in the amount of $4,780.00.

**IT IS HEREBY ORDERED**: After confirmation of Debtor's Plan, should debtor's bankruptcy be dismissed for any reason any funds held by the Trustee from Debtor after Administrative Claims are paid shall be paid to creditor, Community Powered Federal Credit Union, to be applied to mortgage arrears, if any.

_____                    9-21-2017
Joseph Rogers, Esquire                        Date
Debtors Counsel


_____                    9/22/17
Jenifer G. Fowler, Esquire                   Date
Attorney for Community Powered
Federal Credit Union

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph M. Cintron  
Tracy B. Cintron  
      Debtors

Case No. 17-10647-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 29, 2017  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2017.  
db/jdb         +Joseph M. Cintron,    Tracy B. Cintron,    5531 Wayne Avenue,    Pennsauken, NJ 08110-1848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2017 at the address(es) listed below:

           Albert     Russo     docs@russotrustee.com  
           Denise E. Carlon     on behalf of Creditor     RoundPoint Mortgage Servicing Corporation     dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,     summarymail@standingtrustee.com  
           Jenifer G. Fowler     on behalf of Creditor     Community Powered Federal Credit Union     jgf@eisnerfowler.com  
           Joseph J. Rogers     on behalf of Debtor Joseph M. Cintron jjresq@comcast.net,    jjresq1@comcast.net  
           Joseph J. Rogers     on behalf of Joint Debtor Tracy B. Cintron jjresq@comcast.net,     jjresq1@comcast.net  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                      TOTAL: 7