| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/17/2018
**Chapter 13 Case No. 17-10647 / CMG**

Joseph M. Cintron
Tracy B. Cintron
5531 Wayne Avenue
Pennsauken  NJ    08110

Petition Filed Date: 01/11/2017
341 Hearing Date: 02/09/2017
Confirmation Date: 10/04/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/24/2017 | $2,288.00 | 1961909 | 06/06/2017 | $572.00 | 40152270 - | 07/03/2017 | $572.00 | 40930920 - |
| 08/02/2017 | $1,140.00 | 41758630 | 09/06/2017 | $1,152.00 | 42519670 | 10/04/2017 | $1,152.00 | 43395650 |
| 11/02/2017 | $1,152.00 | 44133240 | 12/04/2017 | $1,152.00 | 44952040 | 01/03/2018 | $1,152.00 | 45627550 |
| 02/05/2018 | $1,152.00 | 46499570 | | | | | | |

**Total Receipts for the Period: $11,484.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,484.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Joseph M. Cintron | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J ROGERS, ESQ<br>»» ATTY DISCL | Attorney Fees | $3,199.00 | $3,199.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $4,171.37 | $0.00 | $0.00 |
| 2 | CAMDEN COUNTY MUA | Secured Creditors | $641.55 | $39.08 | $602.47 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2011 | Secured Creditors | $29,578.27 | $2,400.67 | $27,177.60 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2015-2016 | Priority Crediors | $1,156.22 | $0.00 | $1,156.22 |
| 5 | QUANTUM3 GROUP LLC<br>»» BOSCOVS | Unsecured Creditors | $1,456.31 | $0.00 | $0.00 |
| 6 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $390.81 | $0.00 | $0.00 |
| 7 | NJ DIVISION OF TAXATION<br>»» 2013 | Priority Crediors | $1,865.25 | $0.00 | $1,865.25 |
| 8 | NJ DIVISION OF TAXATION<br>»» 2013 | Unsecured Creditors | $241.16 | $0.00 | $0.00 |
| 9 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»» P/5531 WAYNE AV/2ND MTG | Mortgage Arrears | $17,197.69 | $1,395.82 | $15,801.87 |
| 10 | Community Powered Federal Credit Union<br>»» P/5531 WAYNE AV/1ST MTG/CONS ORD 9/29 | Mortgage Arrears | $4,780.74 | $388.02 | $4,392.72 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $3,238.99 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $6,012.18 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $2,112.86 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK | Unsecured Creditors | $1,082.24 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | INTERNAL REVENUE SERVICE<br>»» 2011-2012 | Unsecured Creditors | $81,622.11 | $0.00 | $0.00 |
| 0 | JOSEPH J ROGERS, ESQ<br>»» ORDER 7/31/17 | Attorney Fees | $600.00 | $600.00 | $0.00 |
| 16 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»» 5531 WAYNE AVE/ORDER 12/5/17 | Mortgage Arrears | $959.75 | $50.34 | $909.41 |
| 17 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»» 5531 WAYNE AVE/ORDER 12/5/17 | Mortgage Arrears | $526.00 | $526.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,484.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $8,598.93 | Current Monthly Payment: | $1,152.00 |
| Paid to Trustee: | $717.84 | Arrearages: | $12.00 |
| Funds on Hand: | $2,167.23 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**