| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 17-10647 / CMG**

Joseph M. Cintron
Tracy B. Cintron

Petition Filed Date: 01/11/2017
341 Hearing Date: 02/09/2017
Confirmation Date: 10/04/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2018 | $1,152.00 | 45627550 | 02/05/2018 | $1,152.00 | 46499570 | 03/05/2018 | $1,152.00 | 47298690 |
| 04/04/2018 | $1,152.00 | 48096090 | 05/07/2018 | $1,152.00 | 48969880 | 06/04/2018 | $1,152.00 | 49651850 |
| 07/09/2018 | $1,152.00 | 50566820 | 08/08/2018 | $1,152.00 | 51389940 | 08/09/2018 | $1,152.00 | 51389940 |
| 08/09/2018 | ($1,152.00) | 51389940 | 09/04/2018 | $1,152.00 | 51994590 | 10/01/2018 | $1,152.00 | 52760710 |
| 10/01/2018 | ($1,152.00) | 52760710 | 10/02/2018 | $1,152.00 | 52760710 | 11/05/2018 | $1,152.00 | 53683080 |
| 12/03/2018 | $1,152.00 | 54403560 | | | | | | |

**Total Receipts for the Period: $13,824.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $24,156.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | **CLAIMS AND DISTRIBUTIONS** | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Joseph M. Cintron | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J ROGERS, ESQ<br>»»  ATTY DISCL | Attorney Fees | $3,199.00 | $3,199.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $4,171.37 | $0.00 | $0.00 |
| 2 | CAMDEN COUNTY MUA | Secured Creditors | $641.55 | $207.76 | $433.79 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2011 | Secured Creditors | $29,578.27 | $9,579.01 | $19,999.26 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2015-2016 | Priority Crediors | $1,156.22 | $0.00 | $1,156.22 |
| 5 | QUANTUM3 GROUP LLC<br>»»  BOSCOVS | Unsecured Creditors | $1,456.31 | $0.00 | $0.00 |
| 6 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $390.81 | $0.00 | $0.00 |
| 7 | NJ DIVISION OF TAXATION<br>»»  2013 | Priority Crediors | $1,865.25 | $0.00 | $1,865.25 |
| 8 | NJ DIVISION OF TAXATION<br>»»  2013 | Unsecured Creditors | $241.16 | $0.00 | $0.00 |
| 9 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»»  P/5531 WAYNE AVE/2ND MTG | Mortgage Arrears | $17,197.69 | $5,569.51 | $11,628.18 |
| 10 | Community Powered Federal Credit Union<br>»»  P/5531 WAYNE AV/1ST MTG/CONS ORD 9/29/2017 | Mortgage Arrears | $4,780.74 | $1,548.27 | $3,232.47 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $3,238.99 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-10647 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $6,012.18 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $2,112.86 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK | Unsecured Creditors | $1,082.24 | $0.00 | $0.00 |
| 15 | INTERNAL REVENUE SERVICE<br>»» 2011-2012 | Unsecured Creditors | $81,622.11 | $0.00 | $0.00 |
| 0 | JOSEPH J ROGERS, ESQ<br>»» ORDER 7/31/17 | Attorney Fees | $600.00 | $600.00 | $0.00 |
| 16 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»» P\5531 WAYNE AVE/ORDER 12/5/17 | Mortgage Arrears | $959.75 | $290.52 | $669.23 |
| 17 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»» P\5531 WAYNE AVE/ORDER 12/5/17 | Mortgage Arrears | $526.00 | $526.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,156.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $21,520.07 | Current Monthly Payment: | $1,152.00 |
| Paid to Trustee: | $1,564.56 | Arrearages: | $0.00 |
| Funds on Hand: | $1,071.37 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**