Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−10647−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Joseph M. Cintron                                      Tracy B. Cintron
   5531 Wayne Avenue                               5531 Wayne Avenue
   Pennsauken, NJ 08110                          Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−6602                                             xxx−xx−2360

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/18/19 at 09:00 AM

to consider and act upon the following:

*47* − Creditor's Certification of Default (related document:21 Motion for Relief from Stay re: 5531 Wayne Avenue, Pennsauken NJ 08110. Fee Amount $ 181. filed by Creditor RoundPoint Mortgage Servicing Corporation, 42 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of RoundPoint Mortgage Servicing Corporation. Objection deadline is 12/6/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 12/2/19

                                                                                       Jeanne Naughton
                                                                                       Clerk, U.S. Bankruptcy Court