Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−10647−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph M. Cintron
5531 Wayne Avenue
Pennsauken, NJ 08110

Tracy B. Cintron
5531 Wayne Avenue
Pennsauken, NJ 08110

Social Security No.:
xxx−xx−6602

xxx−xx−2360

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/18/19 at 09:00 AM

to consider and act upon the following:

*47* − Creditor's Certification of Default (related document:21 Motion for Relief from Stay re: 5531 Wayne Avenue, Pennsauken NJ 08110. Fee Amount $ 181. filed by Creditor RoundPoint Mortgage Servicing Corporation, 42 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of RoundPoint Mortgage Servicing Corporation. Objection deadline is 12/6/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 12/2/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph M. Cintron  
Tracy B. Cintron  
    Debtors

Case No. 17-10647-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 02, 2019  
                Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2019.
db/jdb      +Joseph M. Cintron,    Tracy B. Cintron,    5531 Wayne Avenue,    Pennsauken, NJ 08110-1848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2019 at the address(es) listed below:

       Albert Russo    docs@russotrustee.com  
       Brian C. Nicholas    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Jenifer G. Fowler    on behalf of Creditor    Community Powered Federal Credit Union jgf@eisnerfowler.com  
       Joseph J. Rogers    on behalf of Debtor Joseph M. Cintron jjresq@comcast.net, jjrogers0507@gmail.com  
       Joseph J. Rogers    on behalf of Joint Debtor Tracy B. Cintron jjresq@comcast.net, jjrogers0507@gmail.com  
       Kevin Gordon McDonald    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Rebecca Ann Solarz    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                            TOTAL: 10