| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 17-10647 / CMG**

Joseph M. Cintron

Tracy B. Cintron

Petition Filed Date: 01/11/2017

341 Hearing Date: 02/09/2017

Confirmation Date: 10/04/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2019 | $1,152.00 | 55164330 | 02/05/2019 | $1,152.00 | 56011660 | 03/06/2019 | $1,152.00 | 56836330 |
| 04/03/2019 | $1,152.00 | 57574370 | 05/15/2019 | $1,152.00 | 58621060 | 06/05/2019 | $1,152.00 | 59192030 |
| 07/16/2019 | $1,152.00 | 60166050 | 08/12/2019 | $1,152.00 | 60876380 | 09/16/2019 | $1,152.00 | 61779280 |
| 10/15/2019 | $1,152.00 | 62509000 | 11/12/2019 | $1,152.00 | 63222350 | 12/16/2019 | $1,152.00 | 64088360 |

**Total Receipts for the Period:  $13,824.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $37,980.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Joseph M. Cintron | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J ROGERS, ESQ<br>»»  ATTY DISCL | Attorney Fees | $3,199.00 | $3,199.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $4,171.37 | $0.00 | $0.00 |
| 2 | CAMDEN COUNTY MUA | Secured Creditors | $641.55 | $364.77 | $276.78 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2011 | Secured Creditors | $29,578.27 | $16,817.58 | $12,760.69 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2015-2016 | Priority Crediors | $1,156.22 | $0.00 | $1,156.22 |
| 5 | QUANTUM3 GROUP LLC<br>»»  BOSCOVS | Unsecured Creditors | $1,456.31 | $0.00 | $0.00 |
| 6 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $390.81 | $0.00 | $0.00 |
| 7 | NJ DIVISION OF TAXATION<br>»»  2013 | Priority Crediors | $1,865.25 | $0.00 | $1,865.25 |
| 8 | NJ DIVISION OF TAXATION<br>»»  2013 | Unsecured Creditors | $241.16 | $0.00 | $0.00 |
| 9 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»»  P/5531 WAYNE AVE/2ND MTG | Mortgage Arrears | $17,197.69 | $9,778.21 | $7,419.48 |
| 10 | Community Powered Federal Credit Union<br>»»  P/5531 WAYNE AV/1ST MTG/CONS ORD 9/29/2017 | Mortgage Arrears | $4,780.74 | $2,718.25 | $2,062.49 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $3,238.99 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $6,012.18 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-10647 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $2,112.86 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK | Unsecured Creditors | $1,082.24 | $0.00 | $0.00 |
| 15 | INTERNAL REVENUE SERVICE<br>»»  2011-2012 | Unsecured Creditors | $81,622.11 | $0.00 | $0.00 |
| 0 | JOSEPH J ROGERS, ESQ<br>»»  ORDER 7/31/17 | Attorney Fees | $600.00 | $600.00 | $0.00 |
| 16 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»»  P\5531 WAYNE AVE/ORDER 12/5/17 | Mortgage Arrears | $959.75 | $532.73 | $427.02 |
| 17 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»»  P\5531 WAYNE AVE/ORDER 12/5/17 | Mortgage Arrears | $526.00 | $526.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $37,980.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $34,536.54 | Current Monthly Payment: | $1,152.00 |
| Paid to Trustee: | $2,374.40 | Arrearages: | $1,152.00 |
| Funds on Hand: | $1,069.06 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**