**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR 1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

**Order Filed on February 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Joseph M. Cintron and Tracy B. Cintron

Case No.: 17-10647 CMG

Chapter: 13

Judge: Christine M Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 24, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esq_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400_____ . The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1171_____ per month for ___23 more___ months to allow for payment of the aforesaid fee.

[ Payments are to commence  March 1, 2020  ]

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-10647-CMG
Joseph M. Cintron                                                     Chapter 13
Tracy B. Cintron
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Feb 24, 2020
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
db/jdb         +Joseph M. Cintron,    Tracy B. Cintron,    5531 Wayne Avenue,    Pennsauken, NJ 08110-1848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jenifer G. Fowler    on behalf of Creditor    Community Powered Federal Credit Union
               jgf@eisnerfowler.com
              Joseph J. Rogers    on behalf of Debtor Joseph M. Cintron jjresq@comcast.net,
               jjrogers0507@gmail.com
              Joseph J. Rogers    on behalf of Joint Debtor Tracy B. Cintron jjresq@comcast.net,
               jjrogers0507@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10