| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 17-10647 / CMG**

Joseph M. Cintron  
Tracy B. Cintron

Petition Filed Date: 01/11/2017  
341 Hearing Date: 02/09/2017  
Confirmation Date: 10/04/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2020 | $1,152.00 | 64726680 | 02/19/2020 | $1,152.00 | 65710640 | 03/30/2020 | $1,171.00 | 66688590 |
| 04/22/2020 | $1,171.00 | 67306700 | 05/18/2020 | $1,171.00 | 67963710 | 06/08/2020 | $1,171.00 | 68527540 |
| 07/06/2020 | $1,171.00 | 69177520 | 08/05/2020 | $1,171.00 | 69945110 | 09/08/2020 | $1,171.00 | 70695480 |
| 10/05/2020 | $1,171.00 | 71375630 | 11/03/2020 | $1,171.00 | 72086700 | 12/03/2020 | $1,171.00 | 72808390 |
| 01/05/2021 | $1,171.00 | 73589220 | 02/08/2021 | $1,171.00 | 74392770 | | | |

**Total Receipts for the Period: $16,356.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $53,184.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Joseph M. Cintron | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J ROGERS, ESQ<br>»»  ATTY DISCL | Attorney Fees | $3,199.00 | $3,199.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $4,171.37 | $0.00 | $0.00 |
| 2 | CAMDEN COUNTY MUA | Secured Creditors | $641.55 | $514.50 | $127.05 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2011 | Secured Creditors | $29,578.27 | $23,721.16 | $5,857.11 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2015-2016 | Priority Crediors | $1,156.22 | $0.00 | $1,156.22 |
| 5 | QUANTUM3 GROUP LLC<br>»»  BOSCOVS | Unsecured Creditors | $1,456.31 | $0.00 | $0.00 |
| 6 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $390.81 | $0.00 | $0.00 |
| 7 | NJ DIVISION OF TAXATION<br>»»  2013 | Priority Crediors | $1,865.25 | $0.00 | $1,865.25 |
| 8 | NJ DIVISION OF TAXATION<br>»»  2013 | Unsecured Creditors | $241.16 | $0.00 | $0.00 |
| 9 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»»  P/5531 WAYNE AVE/2ND MTG | Mortgage Arrears | $17,197.69 | $13,792.20 | $3,405.49 |
| 10 | Community Powered Federal Credit Union<br>»»  P/5531 WAYNE AV/1ST MTG/CONS ORD 9/29/2017 | Mortgage Arrears | $4,780.74 | $3,834.08 | $946.66 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $3,238.99 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-10647 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $6,012.18 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $2,112.86 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK | Unsecured Creditors | $1,082.24 | $0.00 | $0.00 |
| 15 | INTERNAL REVENUE SERVICE<br>»»  2011-2012 | Unsecured Creditors | $81,622.11 | $0.00 | $0.00 |
| 0 | JOSEPH J ROGERS, ESQ<br>»»  ORDER 7/31/17 | Attorney Fees | $600.00 | $600.00 | $0.00 |
| 16 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»»  P\5531 WAYNE AVE/ORDER 12/5/17 | Mortgage Arrears | $959.75 | $763.73 | $196.02 |
| 17 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»»  P\5531 WAYNE AVE/ORDER 12/5/17 | Mortgage Arrears | $526.00 | $526.00 | $0.00 |
| 0 | JOSEPH J ROGERS, ESQ<br>»»  ORDER 2/24/20 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $53,184.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $47,350.67 | Current Monthly Payment: | $1,171.00 |
| Paid to Trustee: | $3,634.19 | Arrearages: | $0.00 |
| Funds on Hand: | $2,199.14 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**