| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 17-10647 / CMG**

Joseph M. Cintron  
Tracy B. Cintron

Petition Filed Date: 01/11/2017  
341 Hearing Date: 02/09/2017  
Confirmation Date: 10/04/2017

Case Status: **Completed on 1/20/2022**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2021 | $1,171.00 | 73589220 | 02/08/2021 | $1,171.00 | 74392770 | 03/02/2021 | $1,171.00 | 74954850 |
| 04/05/2021 | $1,171.00 | 75727050 | 05/04/2021 | $1,171.00 | 76482680 | 06/02/2021 | $1,171.00 | 77147030 |
| 07/06/2021 | $1,171.00 | 77891910 | 08/06/2021 | $1,171.00 | 78648740 | 09/07/2021 | $1,171.00 | 79287630 |
| 10/04/2021 | $1,171.00 | 79907190 | 11/08/2021 | $1,171.00 | 80689040 | 12/06/2021 | $1,171.00 | 81278460 |
| 01/03/2022 | $1,171.00 | 81829910 | | | | | | |

**Total Receipts for the Period: $15,223.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $66,065.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Joseph M. Cintron | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J ROGERS, ESQ<br>»»  ATTY DISCL | Attorney Fees | $3,199.00 | $3,199.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $4,171.37 | $0.00 | $0.00 |
| 2 | CAMDEN COUNTY MUA | Secured Creditors | $641.55 | $641.55 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2011 | Secured Creditors | $29,578.27 | $29,578.27 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2015-2016 | Priority Crediors | $1,156.22 | $542.52 | $613.70 |
| 5 | QUANTUM3 GROUP LLC<br>»»  BOSCOVS | Unsecured Creditors | $1,456.31 | $0.00 | $0.00 |
| 6 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $390.81 | $0.00 | $0.00 |
| 7 | NJ DIVISION OF TAXATION<br>»»  2013 | Priority Crediors | $1,865.25 | $875.22 | $990.03 |
| 8 | NJ DIVISION OF TAXATION<br>»»  2013 | Unsecured Creditors | $241.16 | $0.00 | $0.00 |
| 9 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»»  P/5531 WAYNE AVE/2ND MTG | Mortgage Arrears | $17,197.69 | $17,197.69 | $0.00 |
| 10 | Community Powered Federal Credit Union<br>»»  P/5531 WAYNE AV/1ST MTG/CONS ORD 9/29/2017 | Mortgage Arrears | $4,780.74 | $4,780.74 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $3,238.99 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $6,012.18 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $2,112.86 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK | Unsecured Creditors | $1,082.24 | $0.00 | $0.00 |
| 15 | INTERNAL REVENUE SERVICE<br>»»  2011-2012 | Unsecured Creditors | $81,622.11 | $0.00 | $0.00 |
| 0 | JOSEPH J ROGERS, ESQ<br>»»  ORDER 7/31/17 | Attorney Fees | $600.00 | $600.00 | $0.00 |
| 16 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»»  P\5531 WAYNE AVE/ORDER 12/5/17 | Mortgage Arrears | $959.75 | $959.75 | $0.00 |
| 17 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»»  P\5531 WAYNE AVE/ORDER 12/5/17 | Mortgage Arrears | $526.00 | $526.00 | $0.00 |
| 0 | JOSEPH J ROGERS, ESQ<br>»»  ORDER 2/24/20 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**SUMMARY**

**Your case was Completed on 01/20/2022.**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | |
|---|---|
| Total Receipts: | $66,065.00 |
| Paid to Claims: | $59,300.74 |
| Paid to Trustee: | $4,618.98 |
| Funds on Hand: | $2,145.28 |