Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 17−10647−CMG
> Chapter: 13
> Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph M. Cintron  
5531 Wayne Avenue  
Pennsauken, NJ 08110  

Tracy B. Cintron  
5531 Wayne Avenue  
Pennsauken, NJ 08110  

Social Security No.:
   xxx−xx−6602                                                   xxx−xx−2360

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

TO: Joseph M. Cintron and Tracy B. Cintron
       Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: February 14, 2022
JAN: pbf

Jeanne Naughton, Clerk