**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph M. Cintron<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6602<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Tracy B. Cintron<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2360<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–10647–CMG

## Order of Discharge                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Joseph M. Cintron                                                    Tracy B. Cintron

   5/17/22                                                              **By the court:** Christine M. Gravelle
                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-10647-CMG |
| Joseph M. Cintron | Chapter 13 |
| Tracy B. Cintron | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: May 17, 2022 | Form ID: 3180W | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph M. Cintron, Tracy B. Cintron, 5531 Wayne Avenue, Pennsauken, NJ 08110-1848 |
| 516589471 | + | Advocare Ped Physicians Of Bur, 204 Ark Road Suite 209, Mount Laurel, NJ 08054-3100 |
| 516589472 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516589489 | + | Camden County MUA, Regional Sewer Service, 1645 Ferry Avenue, Camden, NJ 08104-1311 |
| 516589477 | + | Community Powered Fcu, 5531 Wayne Avenue, Pennsauken, NJ 08110-1848 |
| 516821680 | + | Community Powered Federal Credit Union, Attn WJ Winterstein Jr., Esq., PO Box 1006, Royersford, PA 19468-8072 |
| 516589479 | | Financial Recoveries, PO Box 1388, Mt Laurel, NJ 08054-7388 |
| 516589483 | + | Kennedy Health, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 516589486 | + | Law Office of W.J. Winterstein Jr., PO Box 1006, Royersford, PA 19468-8072 |
| 516589487 | + | Moorestown Dermatology, 110 Marter Avenue, Suite 102, Moorestown, NJ 08057-3124 |
| 516589488 | + | Pennsauken Tax Office, 5605 N. Crescent Boulevard, Pennsauken, NJ 08110-1834 |
| 516628308 | | Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 516816390 | + | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 516589492 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 516589493 | | State Of New Jersey, CN-190, Division Of Taxation, Trenton, NJ 08650 |
| 516710175 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 17 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 17 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516589472 | ^ | MEBN | May 17 2022 20:40:26 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516816404 | | Email/Text: lrosenberger@cpwrfcu.org | May 17 2022 20:42:00 | Community Powered Federal Credit Union, 1758 Pulaski Highway, Bear, DE 19701 |
| 516589473 | + | EDI: CAPITALONE.COM | May 18 2022 00:43:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516709635 | | Email/PDF: bncnotices@becket-lee.com | May 17 2022 20:51:04 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516589475 | + | EDI: CITICORP.COM | May 18 2022 00:43:00 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO |

Case 17-10647-CMG    Doc 70    Filed 05/19/22    Entered 05/20/22 00:13:32    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2022 | Form ID: 3180W | Total Noticed: 36 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 63179-0040 |
| 516589476 | + | EDI: WFNNB.COM | May 18 2022 00:43:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 516598538 | | EDI: DISCOVER.COM | May 18 2022 00:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516589478 | + | EDI: DISCOVER.COM | May 18 2022 00:43:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516589480 | + | EDI: IIC9.COM | May 18 2022 00:43:00 | IC Systems, Inc, 444 Highway 96 East, Po Box 64378, St Paul, MN 55164-0378 |
| 516589482 | | EDI: IRS.COM | May 18 2022 00:43:00 | IRS, P.O. Box 21126, Centralized Insolvency-Operations, Philadelphia, PA 19114 |
| 516589474 | | EDI: JPMORGANCHASE | May 18 2022 00:43:00 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 516589485 | + | Email/Text: PBNCNotifications@peritusservices.com | May 17 2022 20:41:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516819635 | | EDI: PRA.COM | May 18 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Direct Merchants Bank, POB 41067, Norfolk VA 23541 |
| 516819749 | | EDI: PRA.COM | May 18 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 516819667 | | EDI: PRA.COM | May 18 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Household Bank, POB 41067, Norfolk VA 23541 |
| 516819663 | | EDI: PRA.COM | May 18 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Orchard Bank, POB 41067, Norfolk VA 23541 |
| 516687319 | | EDI: Q3G.COM | May 18 2022 00:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516589490 | + | Email/Text: clientservices@remexinc.com | May 17 2022 20:42:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 516657550 | + | EDI: RMSC.COM | May 18 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516589481 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 955 South Springfield Avenue, Bankruptcy Department, Springfield, NJ 08071 |
| 516631625 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516589484 | ##+ | KML Law Group PC, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |
| 516589491 | ##+ | Roundpoint Mtg, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2022 | Form ID: 3180W | Total Noticed: 36 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 19, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jenifer G. Fowler | on behalf of Creditor Community Powered Federal Credit Union jgf@eisnerfowler.com |
| Joseph J. Rogers | on behalf of Debtor Joseph M. Cintron jjresq@comcast.net  jjrogers0507@gmail.com |
| Joseph J. Rogers | on behalf of Joint Debtor Tracy B. Cintron jjresq@comcast.net  jjrogers0507@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor RoundPoint Mortgage Servicing Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor RoundPoint Mortgage Servicing Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10